NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMEBASE PTY LTD.,**
*Plaintiff-Appellant,*

**v.**

**THE THOMSON CORPORATION,
WEST PUBLISHING CORPORATION, and WEST
SERVICES, INC.,**
*Defendants-Appellees.*

---

2012-1082

---

Appeal from the United States District Court for the District of Minnesota in Case No. 07-CV-1687, Judge Joan N. Ericksen.

---

**JUDGMENT**

---

JOSEPH N. HOSTENY, Niro, Haller & Niro, of Chicago, Illinois, argrued for plaintiff-appellant. With him on the brief were ARTHUR A. GASEY and ROBERT A. CONLEY.

DAVID J.F. GROSS, Faegre Baker Daniels, LLP, of Minneapolis, Minnesota, argued for defendants-appellees. With him on the brief were CALVIN L. LITSEY, MARY V. SOOTER and KEVIN P. WAGNER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 19, 2012       /s/ Jan Horbaly
Date       Jan Horbaly
Clerk